UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-10062-GW-PDx | Date | December 30, 2024 |
|---|---|---|---|
| Title | *Silvia Garcia, et al. v. Alterra Mountain Company* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On December 27, 2024, Plaintiff Silvia Garcia filed a Notice of Settlement [14]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 45 days. The Court sets an order to show re: settlement hearing for February 13, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on February 11, 2025.

| | : | |
|---|---|---|
| Initials of Preparer | JG | |