JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA GARCIA, | Case No. CV 24-10062-GW-PDx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| ALTERRA MOUNTAIN COMPANY, et al., | |
| Defendant. | |

Based upon Plaintiff's Notice of Voluntary Dismissal [16] filed on February 10, 2025, it is hereby ORDERED that this action is dismissed with prejudice as to the named Plaintiff and without prejudice as to the putative class.

IT IS SO ORDERED.

Dated: February 12, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE